# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                  NO. 2024 KW 0301

VERSUS

G'QUAN BAKER                                        **JULY 1, 2024**

---

In Re:    G'Quan Baker, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          08-11-0898.

---

**BEFORE:    THERIOT, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.** The district court did not abuse its discretion
in summarily dismissing the APCR. Relator failed to establish
that relief should be granted. See La. Code Crim. P. art. 929(A),
La. Code Crim. P. art. 930.2 & **State ex rel. Tassin v. Whitley,**
602 So.2d 721, 722 (La. 1992).

**MRT**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT